# EXHIBIT A

## Humanoids Inc.

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL138904 | OMNI #1 2ND PTG (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 1,862 |
| STL128924 | OMNI #2 CVR A MCKONE (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 1,571 |
| STL119599 | IGNITED #1 CVR A MCKONE (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 1,334 |
| STL266296 | INCAL THE DYING STAR HC (MR) ( | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 863 |
| STL213731 | JODOROWSKY LIBRARY SON OF GUN | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 843 |
| STL132691 | IGNITED TP (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 757 |
| STL244336 | INCAL PSYCHOVERSE HC (MR) (C: | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 717 |
| STL317713 | CYN GN (C: 0-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 660 |
| STL157211 | BARBARELLA TP (RES) (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 653 |
| STL275192 | EIGHT LIMBS GN (C: 0-1-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 640 |
| STL282909 | THE INCAL KILL WOLFHEAD HC (MR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 620 |
| STL298860 | METABARONS SECOND CYCLE FINALE | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 619 |
| STL240052 | JODOROWSKY LIBRARY HC THE SAGA | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 604 |
| STL132963 | BOUNCER HC (NEW PTG) (O/A) (MR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 585 |
| STL237140 | COMPLETE OMNI TP (C: 0-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 576 |
| STL194719 | FIRST DEGREE CRIME ANTHOLOGY H | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 572 |
| STL132678 | OMNI #3 (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 562 |
| STL210812 | MILO MANARAS THE GOLDEN ASS (M | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 517 |
| STL375469 | METAL HURLANT TP VOL 01 OLD DR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 504 |
| STL234356 | FRATERNITY TP (MR) (C: 0-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 485 |
| STL298868 | SWORDS OF GLASS HC VOL 01 (RES | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 476 |
| STL298862 | METABARONS THE COMPLETE SECOND | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 463 |
| STL213734 | CHRONOPHAGE (MR) (C: 0-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 460 |
| STL122569 | STRANGELANDS #1 CVR A MCKONE | 4563 | HUMANOIDS INC | 1 | COMICS | 449 |
| STL252043 | LUGOSI RISE & FALL OF HOLLYWOO | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 438 |
| STK471743 | THROUGH THE WALLS HC (MR) (C: | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 435 |
| STL266299 | WEAPONS OF THE METABARON HC (2 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 424 |
| STL282910 | LEGENDS OF THE PIERCED VEIL TH | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 404 |
| STL266298 | GURVAN A DREAM OF EARTH HC (C: | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 402 |
| STL128934 | MEYER TP | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 396 |
| STL262603 | TWILIGHT MAN ROD SERLING AND B | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 385 |
| STL360109 | HARD BARGAIN GN (MR) (C: 0-1-2 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 380 |
| STK687355 | REDHAND TWILIGHT OF THE GODS G | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 380 |
| STL251924 | SIMAK HC (A) (C: 1-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 373 |
| STL141801 | IGNITED #6 (MR) (C: 1-0-0) | 4563 | HUMANOIDS INC | 1 | COMICS | 368 |
| STL104817 | DIOSAMANTE GN (MR) (C: 1-0-0) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 357 |
| STL262601 | BLACK CAT SOCIAL CLUB TP | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 355 |
| STL259826 | PIXIES OF SIXTIES YOU REALLY G | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 340 |
| STL132686 | STARR CONSPIRACY HC (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 329 |
| STL287229 | GOLDEN VOICE BALLAD OF CAMBODI | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 320 |
| STL301895 | STAR-CROSSED HC (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 318 |
| STK662354 | FINAL INCAL HC (MR) (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 312 |
| STL301891 | ROBERT SILVERBERGS BELZAGOR HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 308 |
| STL282911 | URBAN LEGENDZ GN (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 305 |
| STL234406 | SIRENS OF NORSE SEA DEATH AND | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 305 |
| STL107905 | BIGBY BEAR HC VOL 01 (C: 0-0-1 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 305 |
| STL104815 | NEW LIFE GN (MR) (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 305 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL259822 | METABARON HC BOOK 04 BASTARD & | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 296 |
| STL244335 | TECHNOPRIESTS HC NEW ED (MR) ( | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 289 |
| STL138555 | STRANGELANDS TP VOL 01 (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 285 |
| STL210790 | INCAL DLX B&W ED HC (MR) (C: 0 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 282 |
| STL114246 | YOUNG MOZART HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 276 |
| STL135164 | OMNI #4 (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 276 |
| STL157214 | WINGS OF LIGHT SC GN (RES) (MR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 271 |
| STL181664 | MPLS SOUND TP | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 270 |
| STL116499 | RING OF SEVEN WORLDS GN TP | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 268 |
| STL317714 | TOTAL SUPLEX OF THE HEART GN ( | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 261 |
| STL322423 | WHAT WE WISHED FOR GN (MR) (C: | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 260 |
| STL219544 | RETROACTIVE (MR) (C: 0-1-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 260 |
| STL188247 | SHY NINJA HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 260 |
| STL153302 | VERSAILLES MY FATHERS PALACE T | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 254 |
| STL138561 | IGNITED #5 (MR) (C: 1-0-0) | 4563 | HUMANOIDS INC | 1 | COMICS | 252 |
| STL298857 | I AM LEGION (2024 OVERSIZED ED | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 251 |
| STL147378 | NICNEVIN AND BLOODY QUEEN GN ( | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 248 |
| STL153300 | WHERE ARE YOU LEOPOLD TP INVIS | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 248 |
| STL219548 | THICK SKINS (MR) (C: 0-1-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 246 |
| STL278456 | ALL TOMORROWS PARTIES VELVET U | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 243 |
| STL135173 | CHASING ECHOES SC GN (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 240 |
| STL173013 | FOR JUSTICE SERGE & BEATE KLAR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 237 |
| STL114240 | SNOW DAY TP (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 237 |
| STL226334 | GHOSTS OF SCIENCE PAST HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 234 |
| STL125803 | OMNI #1 CVR B RICHARDSON (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 231 |
| STL271388 | JODOROWSKY LIBRARY MADWOMAN OF | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 229 |
| STL176943 | OMNI TP VOL 02 NO MORE HATE | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 221 |
| STL099122 | METABARON GN VOL 02 TECHNO CAR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 220 |
| STL287231 | CARTHAGO KANE GN (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 219 |
| STL178125 | OLYMPUS SC (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 219 |
| STL203737 | THE HISTORY OF SCIENCE FICTION | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 211 |
| STL150496 | LITTLE JOSEPHINE TP MEMORY IN | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 208 |
| STL259306 | YOUNG KATHERINE JOHNSON HC (C: | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 206 |
| STL157213 | STRANGELANDS TP VOL 02 (RES) ( | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 202 |
| STL125776 | STRANGELANDS #2 CVR A CAMMUNCO | 4563 | HUMANOIDS INC | 1 | COMICS | 201 |
| STL301897 | SEOUL BEFORE SUNRISE GN (RES) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 200 |
| STL278454 | SHADOWS OF THULE HC (MR) (C: 0 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 200 |
| STL132682 | SCARE CITY HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 200 |
| STL141147 | IN VITRO GN (RES) (C: 1-1-0) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 196 |
| STL125802 | OMNI #1 CVR A MCKONE (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 196 |
| STL229962 | DELUXE GIMENEZ FOURTH POWER & | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 194 |
| STL180156 | COUNT TP (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 193 |
| STL116494 | MOON FACE GN HC NEW ED (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 189 |
| STL217305 | ASPHALT BLUES (MR) (C: 0-1-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 186 |
| STL255931 | JODOROWSKY LIBRARY WHITE LAMA | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 184 |
| STL173015 | IGNITED TP VOL 2 FIGHT THE POW | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 184 |
| STL237139 | MADWOMAN OF THE SACRED HEART H | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 182 |
| STL147369 | OMNI #6 (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 182 |
| STL141803 | STRANGELANDS #5 (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 181 |
| STL291722 | PIXIES OF SIXTIES WE CAN WORK | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 180 |
| STL326831 | HANAMI YOU ME & 200 SQ FT IN J | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 178 |
| STL085347 | MADAME CAT GN | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 177 |
| STL229966 | JODOROWSKY LIBRARY SELECTED SH | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 175 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL147368 | IGNITED #8 (MR) (C: 1-0-0) | 4563 | HUMANOIDS INC | 1 | COMICS | 173 |
| STL234404 | TIKI A VERY RUFF YEAR TP (C: 0 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 171 |
| STL135166 | BIG COUNTRY SC GN (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 167 |
| STL116480 | STATES OF MIND GN TP (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 166 |
| STL144471 | IGNITED #7 (MR) (C: 1-0-0) | 4563 | HUMANOIDS INC | 1 | COMICS | 164 |
| STL077437 | KABUL DISCO GN BOOK 01 (OF 2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 161 |
| STL295225 | THROUGH CLOUDS OF SMOKE FREUDS | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 160 |
| STL147374 | RETINA GN (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 158 |
| STL128923 | IGNITED #4 (MR) (C: 1-0-0) | 4563 | HUMANOIDS INC | 1 | COMICS | 158 |
| STL259829 | SAP HUNTERS HC (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 154 |
| STL114247 | DARK RAGE TP (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 154 |
| STL226331 | MILO MANARAS GULLIVERA HC (A) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 147 |
| STL271396 | PROJECT ARKA INTO THE DARK UNK | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 144 |
| STL191640 | RIVER OF INK TP | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 144 |
| STL247888 | MILO MANARAS PANDORAS EYES (MR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 142 |
| STL147370 | STRANGELANDS #7 (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 142 |
| STL222815 | BLOOD OF THE IMMORTALS HC (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 140 |
| STL180088 | YOUNG LEONARDO HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 137 |
| STL128244 | ROBERT SILVERBERG COLONIES HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 136 |
| STL255934 | STORYBOARDING FOR WIM WENDERS | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 135 |
| STL125777 | STRANGELANDS #2 CVR B PANOSIAN | 4563 | HUMANOIDS INC | 1 | COMICS | 132 |
| STL132684 | BRAMBLE HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 129 |
| STL210798 | VANN NATH PAINTING THE KHMER R | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 129 |
| STL029949 | HUMANOIDS BACKLIST CATALOG 201 | 4563 | HUMANOIDS INC | 13 | RETAILERS SALES TOOLS | 128 |
| STL096140 | MY NEW YORK MARATHON GN (C: 0- | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 124 |
| STL237138 | YOUNG AGATHA CHRISTIE HC (C: 0 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 123 |
| STL301896 | EDEN GN (RES) (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 122 |
| STL110959 | DECONSTRUCTING THE METABARONS | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 120 |
| STL191626 | MISS BETTER LIVING THROUGH CRI | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 118 |
| STL128925 | OMNI #2 CVR B RICHARDSON (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 118 |
| STL144473 | STRANGELANDS #6 (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 114 |
| STL200494 | SWINE TP (MR) (C: 0-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 110 |
| STL185168 | METABARONS FIRST CYCLE GN | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 108 |
| STL141804 | OMNI #5 (RES) (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 107 |
| STL128932 | OFF WORLD BLUES GN (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 105 |
| STL255646 | LEGENDS OF PIERCED VEIL SCARLE | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 104 |
| STL135168 | SEVEN LIVES OF ALEJANDRO JODOR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 104 |
| STL052041 | METABARONS GN VOL 03 (OF 4) ST | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 103 |
| STL048474 | SANCTUM GENESIS HC (MR) (C: 0- | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 101 |
| STL128926 | STRANGELANDS #3 (MR) | 4563 | HUMANOIDS INC | 1 | COMICS | 101 |
| STL229970 | ALICE ON THE RUN TP ONE CHILDS | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 100 |
| STL039010 | SAVAGE HIGHWAY HC (MR) (C: 0-0 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 100 |
| STL088746 | VICTOR AND CLINT GN (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 97 |
| STL157210 | DOG DAYS SC GN (RES) (C: 0-1-0 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 94 |
| STL322424 | BETRAYAL OF THE MIND THE SURRE | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 91 |
| STL200502 | DECONSTRUCTING JODOVERSE HC BO | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 90 |
| STL125818 | FOURTH POWER HC NEW ED (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 88 |
| STL291721 | MAJNUN AND LAYLA SONGS FROM BE | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 87 |
| STL091673 | KABUL DISCO GN BOOK 02 (OF 2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 87 |
| STK516368 | ALLIANCE OF THE CURIOUS HC (MR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 86 |
| STK678685 | OLYMPUS HC (MR) (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 86 |
| STL091672 | MARILYNS MONSTERS GN (MR) (C: | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 85 |
| STK628578 | MILAN K HC PART 01 TEENAGE YEA | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 85 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL355621 | INCAL HC NEW PTG (2024) (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 77 |
| STK656736 | MONSIEUR JEAN FROM BACHELOR TO | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 77 |
| STK693032 | SWORDS OF GLASS GN (MR) (C: 1- | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 76 |
| STL012496 | BRUSSLI WAY OF THE DRAGON BOY | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 74 |
| STL176944 | LOCKER ROOM TP (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 74 |
| STL240056 | BEETHOVEN A STAND FOR FREEDOM | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 71 |
| STK467474 | YOUNG ALBERT DLX LTD HC (MR) ( | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 69 |
| STL147387 | BIGBY BEAR EXPLORER | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 69 |
| STL096138 | SUPERMAN ISNT JEWISH BUT I AM | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 69 |
| STL021686 | BALKANS ARENA TP (MR) (C: 0-0- | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 69 |
| STL200497 | PAINTED TP (MR) (C: 0-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 69 |
| STL180160 | HOUSE WITHOUT WINDOWS TP | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 68 |
| STK635931 | WHITE LAMA HC (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 66 |
| STL082109 | LUISA NOW THEN GN (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 64 |
| STL035744 | METABARON HC BOOK 02 TECHNO CA | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 61 |
| STL291719 | MARK TWAINS THE MAN THAT CORRU | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 60 |
| STL099126 | VIETNAMESE MEMORIES GN VOL 02 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 60 |
| STL153303 | FIRE OF THESEUS HC (RES) (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 59 |
| STL185169 | WHERE ARE YOU LEOPOLD HERO TP | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 56 |
| STL045088 | METABARONS GN VOL 02 (OF 4) AG | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 55 |
| STL128964 | BIGBY BEAR HC VOL 02 FOR ALL S | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 54 |
| STK662357 | METABARONS HC (MR) (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 53 |
| STL074315 | EXO HC (MR) (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 51 |
| STL226332 | FINAL SECRET OF ADOLF HITLER T | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 51 |
| STK648996 | BEFORE THE INCAL HC NEW PTG (M | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 50 |
| STL058671 | MILAN K THE TEENAGE YEARS GN ( | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 49 |
| STL062216 | ADRIFT GN (MR) (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 47 |
| STK654642 | FINAL INCAL DLX COFFEE TABLE E | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 40 |
| STL217314 | MAKHNO UKRAINIAN FREEDOM FIGHT | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 38 |
| STL065307 | MAGICAL TWINS DLX HC (C: 0-1-1 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 38 |
| STK676241 | DENGUE HC (MR) (C: 0-0-1) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 37 |
| STL198532 | LEGEND OF THE SCARLET BLADES T | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 37 |
| STL119595 | URBAN LEGENDZ HC | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 37 |
| STL079669 | IZUNA OVERSIZE DLX HC BOOK 02 | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 30 |
| STL147383 | METAL HURLANT SELECTED WORKS S | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 26 |
| STL071766 | CARTHAGO GN (MR) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 26 |
| STK649060 | BARBARELLA DLX ED SUPER OVERSI | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 22 |
| STL099125 | METABARON HC BOOK 03 META GUAR | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 14 |
| STL251922 | SAPIENS IMPERIUM HC (C: 0-1-2) | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 8 |
| STL271393 | LEGENDS OF THE PIERCED VEIL IZ | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 7 |
| STL217304 | SPACE BASTARDS COST OF DOING B | 4563 | HUMANOIDS INC | 3 | BOOKS - GRAPHIC NOVELS | 1 |